**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00170-CV

_____

**ALLECIA LINDSEY POTTINGER AND ALLECIA LINDSEY POTTINGER LAW FIRM, PLLC, Appellants**

**V.**

**MELISHA CRAFT-FITZGERALD AND KENDRICK CONROE MYERS, Appellees**

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-48846**

## MEMORANDUM OPINION

On May 6, 2025, our Court abated this appeal and referred the parties to mediation. On September 28, 2025, appellants filed a "Notice of Nonsuit" with our Court stating that they no longer desire to continue the appeal and "the case should be dismissed with prejudice pursuant to the mediated settlement agreement."

We construe appellants' "Notice of Nonsuit" as a motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). More than ten days have passed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, the Court reinstates the appeal on the Court's active docket, grants the motion, and dismisses the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.